**CONFIDENTIAL - DIP BUDGET**  AS OF - 08/02/13    12:30 pm

(FOR INTERNAL DISCUSSION) — PRELIMINARY D-I-P BUDGET

### DLUBAK CORP

| # | | 0 WK-END 08/02/13 | 1 WK-END 08/09/13 | 2 WK-END 08/16/13 | 3 WK-END 08/23/13 | 4 WK-END 08/30/13 | 5 WK-END 09/06/13 | TOTALS |
|---|---|---|---|---|---|---|---|---|
| | **WEEKLY CASH FLOW (000's)** | | | | | | | |
| | **SALES** | | | | | | | |
| 1 | MILITARY | 25 | 50 | 50 | 75 | 75 | 75 | 325 |
| 2 | SECURITY | 25 | 25 | 50 | 50 | 50 | 50 | 225 |
| 3 | FLAT LAMINATE | 10 | 25 | 25 | 25 | 25 | 25 | 125 |
| 4 | ARCHITECTURAL | 10 | 25 | 25 | 25 | 25 | 25 | 125 |
| 5 | DETENTION | 10 | 25 | 25 | 25 | 25 | 25 | 125 |
| 6 | ALL OTHER | 20 | 25 | 50 | 50 | 50 | 50 | 225 |
| A | **WEEKLY SALES/INVOICING** | 150 | 175 | 225 | 250 | 250 | 250 | 1,150 |
| | **CASH RECEIPTS** | | | | | | | |
| 7 | CUSTOMER PAYMENTS - NET | 125 | 220 | 200 | 200 | 225 | 200 | 1,045 |
| 8 | CUSTOMER DEPOSITS - NEW | - | - | - | - | - | - | - |
| 9 | COBRA PMTS | - | 7 | - | - | - | 8 | 15 |
| B | **TOTAL RECEIPTS** | 125 | 227 | 200 | 200 | 225 | 208 | 1,060 |
| | **DISBURSEMENTS - MATERIAL PURCH.** | | | | | | | |
| 10 | GLASS | 25 | 50 | 50 | 40 | 40 | 40 | 220 |
| 11 | POLYURETHANE | 10 | 20 | 20 | 15 | 15 | 15 | 85 |
| 12 | POLYCARBONATE | 10 | 40 | 25 | 25 | 25 | 25 | 140 |
| 13 | LAMINATE | 5 | 10 | 10 | 10 | 10 | 10 | 50 |
| 14 | SWIGGLE | - | 5 | 2 | 3 | 2 | 3 | 15 |
| 15 | OTHER / PKG | 10 | 30 | 20 | 15 | 15 | 10 | 90 |
| C | **TOTAL MATERIAL PURCHASES** | 60 | 155 | 127 | 108 | 107 | 103 | 600 |
| | **WAGES,SALARIES,TAXES** | | | | | | | |
| 12 | HOURLY PR + TAXES @ 10% | 46 | 46 | 46 | 46 | 46 | 92 | 276 |
| 13 | SALARY PR + TAXES @ 10% | 18 | 16 | 16 | 16 | 16 | 32 | 96 |
| 14 | HEALTHCARE INSUR/BENEFITS | - | | | 60 | - | - | 60 |
| 15 | WORKERS COMP INSUR | 15 | - | - | - | - | - | - |
| 16 | OTHER PR (USW DUES/401-K/ETC) | 10 | - | 5 | - | - | 15 | 20 |
| D | **TOTAL WAGES/SALARIES/TAXES** | 89 | 62 | 67 | 122 | 62 | 139 | 452 |
| | **DISBURSEMENTS - OPS/SUPPLIES/SVC** | | | | | | | |
| 17 | FREIGHT IN/OUT | 5 | 6 | 6 | 6 | 6 | 6 | 30 |
| 18 | MAINT/REPAIRS/PARTS+SVC | - | - | 5 | - | 5 | - | 10 |
| 19 | HEAT-LIGHT-POWER (DEPOSITS) | - | - | 15 | - | 15 | - | 30 |
| 20 | OPS SUPPLIES | - | 5 | 5 | 5 | 5 | 5 | 25 |
| 21 | SALES COMMISSIONS | - | - | - | - | - | - | - |
| 22 | RENT/PROP TAXES/HAWKINS PMT | - | - | - | - | 15 | - | 15 |
| 23 | PROP INSUR./OFFICE EXP/PHONES/ | - | - | 15 | - | 10 | - | 25 |
| 24 | FORKLIFT/TRK LEASE/VEHICLE PMT | - | - | - | - | - | - | - |
| 25 | LEGAL/ACCTG/TAX RETURNS | - | - | - | - | - | - | - |
| 26 | OTHER MISC EXPENSES | - | - | 5 | 5 | 5 | - | 15 |
| 27 | FINANCIAL ADV/IB - 363-SALE | - | - | - | - | - | - | - |
| E | **TOTAL OPS DISBURSEMENTS** | 5 | 11 | 51 | 16 | 61 | 11 | 150 |
| 28 | CH 11 - LEGAL & CH 11 UST FEES | - | 15 | | - | | 20 | 35 |
| | **BANK PAYMENTS** | | | | | | | |
| 29 | PRINCIPAL | - | - | - | - | - | - | |
| 30 | INTEREST/FEES | - | - | - | - | - | - | |
| F | **PRINCIPAL + INTEREST/FEES** | - | - | - | - | - | - | |
| G | **AP PMTS - DECREASE (INCREASE)** | - | - | - | - | - | - | |
| H | **TOTAL DISBURSEMENTS** | 154 | 243 | 245 | 246 | 230 | 273 | 1,237 |
| 34 | NET WEEKLY CASH - PER BUDGET | (29) | (16) | (45) | (46) | (5) | (65) | (177) |
| | CUMULATIVE DIP LOAN | - | (16) | (61) | (107) | (112) | (177) | |
| 40 | ADDL BANK FUNDING/LOAN INCR | 29 | 16 | 45 | 46 | 5 | 65 | 177 |
| 41 | REM. ELIG B-BASE - SEE BELOW | (240) | (303) | (335) | (347) | (340) | (371) | |