IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DLUBAK CORPORATION, | : Bankruptcy No. 13-70582JAD |
| Debtor(s). | : Chapter 11 |
| *************************************************** | : |
| DLUBAK CORPORATION, | : |
| Movant(s), | : |
| v. | : Doc. # 13 |
| FIRST COMMONWEALTH BANK; FARMERS & MERCHANTS BANK OF WESTERN PENNSYLVANIA, N.A.; THE HUNTINGTON NATIONAL BANK; NISSAN MOTOR ACCEPTANCE CORPORATION AND WELLS FARGO BANK, N.A., | : |
| Respondent(s). | : |

## AMENDED ORDER

AND NOW, this **19th** day of **August, 2013**, a hearing having been held on **August 16, 2013**, on the **Request For Expedited Hearing And Emergency Motion For Order Pursuant To Sections 361, 362, 363 And 364 Of The Bankruptcy Code Regarding Debtor-In-Possession Financing, Use Of Cash Collateral And Adequate Protection** filed by **Debtor And First Commonwealth Bank** at **Doc. #13**,

IT IS HEREBY ORDERED THAT said matter **IS CONTINUED TO A STATUS CONFERENCE ON AUGUST 20, 2013**, at **10:00 AM** in **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219**.

_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
AUG 19 2013
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

00009997.WPD